IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAY DYNES,<br><br>        Plaintiff,<br><br>  v.<br><br>KERN COUNTY SUPERIOR<br>COURT, Delano Branch,<br><br>        Defendant.<br>_____/ | Case No. 1:07-cv-1599 AWI TAG<br><br>ORDER DIRECTING PLAINTIFF<br>TO FILE AN EASTERN DISTRICT<br>APPLICATION FOR LEAVE TO<br>PROCEED IN FORMA PAUPERIS |

On November 1, 2007, Plaintiff John Ray Dynes ("Plaintiff"), a state prisoner proceeding pro se, filed a civil rights complaint, 42 U.S.C. § 1983. (Doc. 1). Plaintiff also filed a motion to proceed in forma pauperis ("IFP application"). (Doc. 2). Plaintiff, however, filed an IFP Application form utilized by the Central District of California, rather than the standard Eastern District prisoner IFP Application. (Id.). Moreover, even were this Court to accept Plaintiff's IFP Application, it appears that the application is not complete. (Id.).

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is DIRECTED to send Plaintiff an Application to Proceed without Prepayment of Fees and Affidavit by a Prisoner; and

2. Plaintiff is ORDERED to file the new Application, with all of the required information, on or before November 30, 2007.

IT IS SO ORDERED.

Dated:  **November 14, 2007**                                                        **/s/ Theresa A. Goldner**
                                                                                                    UNITED STATES MAGISTRATE JUDGE