**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

JOHN RAY DYNES,                                    Case No.  1:07-cv-1599 AWI TAG

           Plaintiff,                           ERRATA TO FINDINGS AND
       v.                                       RECOMMENDATIONS TO
                                                   DISMISS COMPLAINT (Doc. 6)

KERN COUNTY SUPERIOR
COURT, Delano Branch,

           Defendant.
_____/

     The first sentence on page 7, lines 12 and 13, of the Findings and Recommendations

(Doc. 6) shall be deleted and replaced by the following:

     As discussed above, Dynes' § 1983 complaint sets forth allegations against defendants who

either are entitled to immunity or whose rulings should be appealed in the state court, if at all.

IT IS SO ORDERED.

Dated:   **December 7, 2007**                              **/s/ Theresa A. Goldner**
                                                   UNITED STATES MAGISTRATE JUDGE