IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAY DYNES,<br><br>            Plaintiff,<br><br>       vs.<br><br>KERN COUNTY SUPERIOR<br>COURT, Delano Branch,<br><br>            Defendant.<br>_____/ | Case No. 1:07-cv-1599 AWI TAG<br><br>ORDER ADOPTING FINDINGS AND<br>RECOMMENDATION AND DISMISSING<br>COMPLAINT WITH PREJUDICE<br>(Docs. 6, 9) |

On November 1, 2007, Plaintiff John Ray Dynes, a state prisoner proceeding pro se and in forma pauperis, filed the instant civil rights complaint, 42 U.S.C. § 1983.  (Docs. 1, 8).  The matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-303.  On November 29, 2007, the Magistrate Judge screened Dynes' complaint, pursuant to 28 U.S.C. § 1915A, and filed Findings and Recommendations, in which she recommended that the complaint be dismissed with prejudice.  (Doc. 6).  The Magistrate Judge subsequently filed an errata to replace one sentence in the original Findings and Recommendations.  (Doc. 9).  This correction did not alter the substance of the original Findings and Recommendations.  (Id.).

In her Findings and Recommendations, the Magistrate Judge found that Dynes failed to state any claims upon which relief could be granted because his allegations were based on an adverse ruling in a small claims action and levied against defendants who were immune from suit.  (Doc. 6, pp. 3-4).  The Magistrate Judge further found that Dynes failed to state a claim upon which relief could be granted against the remaining defendants, who were not involved in the adverse state court ruling.  (Id. at 6-7).  In addition, the Magistrate Judge found that federal

1

court was not the proper forum for an apparent appeal from an adverse state court ruling.  (Id. at 4-5).

The November 29, 2007, Findings and Recommendations were served on Dynes and contained notice that any objections were to be filed within fifteen (15) days of the date of service.  To date, Dynes has not objected to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), Federal Rule of Civil Procedure 72(b), and Local Rule 72-304, this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court concludes that the Findings and Recommendations filed on November 29, 2007 are supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The November 29, 2007, Findings and Recommendations, as amended, (Docs. 6, 9), are ADOPTED IN FULL;

2. Dynes' civil rights action is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief could be granted; and

3. The Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

**Dated:   January 7, 2008**           /s/ Anthony W. Ishii
                                       UNITED STATES DISTRICT JUDGE